FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 11 2017

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | MATTHEW J. DYKMAN |
| --- | --- | --- |
| | ) | CLERK |
| Plaintiff, | ) | CRIMINAL NO. 17-2774 JB |
| | ) | |
| vs. | ) | 18 U.S.C. § 751(a): Escape. |
| | ) | |
| **RICHARD REY SEDILLO**, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about March 21, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **RICHARD REY SEDILLO**, did knowingly escape from Diersen Charities, an institutional facility in which he was lawfully confined by the direction of the United States Attorney General and his authorized representative, after being convicted of bank robbery, a felony offense under 18 U.S.C. § 2113(a).

In violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

10/4/2017 8:05